**FILED**

10/29/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Sivashree Sundaram (312) 886-7631

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DEONSAY LADOW OFFIELD

Case No.: 25-CR-00695

Magistrate Judge Gabriel A. Fuentes

## AFFIDAVIT IN REMOVAL PROCEEDING

I, MARCO G. PARDUCCI, appearing before United States Magistrate Judge Gabriel A. Fuentes by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that DEONSAY LADOW OFFIELD has been charged by Indictment in the Eastern District of Michigan with the following criminal offenses: possession with intent to distribute controlled substances, conspiracy to do so, and possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and Title 18, United States Code, Section 924(c) (Counts 1-5).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

*Marco G Parducci*

TFO Marco G. Parducci
DEA

SWORN TO AND AFFIRMED by telephone this 29th day of October, 2025.

Hon. Gabriel A. Fuentes
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Case: 2:25-cr-20690
Judge: Leitman, Matthew F.
MJ: Patti, Anthony P.
Filed: 09-17-2025 At 12:20 PM
USA V SEALED MATTER (LG)

D-1 PERRY ELZELL COLEMAN
D-2 DANTE DENSELL HARRIS,
D-3 DEONSAY LADOW OFFIELD,
D-4 DOLORES MADISON-SANDERS, and
D-5 GABRIELLE AMBER WARD

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)

Defendants.

## Indictment

The Grand Jury charges that:

## Count One
## Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
## 21 U.S.C. §§ 846 & 841(a)(1)

D-1 PERRY ELZELL COLEMAN
D-2 DANTE DENSELL HARRIS
D-3 DEONSAY LADOW OFFIELD
D-4 DOLORES MADISON-SANDERS
D-5 GABRIELLE AMBER WARD

From in or around November 2024, through in or about September 17, 2025, in the Eastern District of Michigan, and elsewhere, the defendants, PERRY ELZELL COLEMAN, DANTE DENSELL HARRIS,

DEONSAY LADOW, DOLORES MADISON-SANDERS and

GABRIELLE AMBER WARD, knowingly and intentionally combined,

conspired, confederated, and agreed with each other and with persons

known and unknown to the Grand Jury, to distribute and possess with

intent to distribute controlled substances, in violation of Title 21,

United States Code, Sections 846 and 841(a)(1).

With respect to the defendant, PERRY ELZELL COLEMAN, the

controlled substances involved in the conspiracy attributable to him as

a result of his own conduct, and the conduct of other conspirators

reasonably foreseeable to him, are: five kilograms or more of a mixture

and substance containing a detectable amount of cocaine, in violation of

Title 21, United States Code, Section 841(b)(1)(A)(ii), and 500 grams or

more of a mixture and substance containing a detectable amount of

methamphetamine, its salts, isomers, and salts of its isomers, in

violation of Title 21, United States Code, Section 841(b)(1)(A)(viii), and

400 grams or more of a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

2

commonly known as fentanyl, in violation of Title 21, United States
Code, Section 841(b)(1)(A)(vi).

The defendant, PERRY ELZELL COLEMAN, having a prior
conviction for a serious drug felony for which he served a term of
imprisonment of more than twelve months, and having been released
from any term of imprisonment within fifteen years of the
commencement of the instant offense, is subject to increased penalties
provided under Title 21, United States Code, Sections 841, 846, and
851.

With respect to the defendant, DANTE DENSELL HARRIS, the
controlled substances involved in the conspiracy attributable to him as
a result of his own conduct, and the conduct of other conspirators
reasonably foreseeable to him, are five kilograms or more of a mixture
and substance containing a detectable amount of cocaine, in violation of
Title 21, United States Code, Section 841(b)(1)(A)(ii), 500 grams or more
of a mixture and substance containing a detectable amount of
methamphetamine, its salts, isomers, and salts of its isomers, in
violation of Title 21, United States Code, Section 841(b)(1)(A)(viii), and

3

400 grams or more of a mixture and substance containing a detectable
amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,
commonly known as fentanyl, in violation of Title 21, United States
Code, Section 841(b)(1)(A)(vi).

With respect to the defendant, DEONSAY LADOW OFFIELD, the
controlled substances involved in the conspiracy attributable to him as
a result of his own conduct, and the conduct of other conspirators
reasonably foreseeable to him, are five kilograms or more of a mixture
and substance containing a detectable amount of cocaine, in violation of
Title 21, United States Code, Section 841(b)(1)(A)(ii), 500 grams or more
of a mixture and substance containing a detectable amount of
methamphetamine, its salts, isomers, and salts of its isomers, in
violation of Title 21, United States Code, Section 841(b)(1)(A)(viii), and
400 grams or more of a mixture and substance containing a detectable
amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

4

commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

With respect to the defendant, DOLORES MADISON-SANDERS, the controlled substances involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, are 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

**Count Two**
**Possession of Methamphetamine with Intent to Distribute**
**21 U.S.C. § 841(a)(1)**

D-1 PERRY ELZELL COLEMAN
D-2 DANTE DENSELL HARRIS
D-3 DEONSAY LADOW OFFIELD

On or about June 28, 2025, in the Eastern District of Michigan, the defendants, PERRY ELZELL COLEMAN, DANTE DENSELL HARRIS, and DEONSAY LADOW OFFIELD, knowingly and

5

intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

The defendant, PERRY ELZELL COLEMAN, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

6

## Count Three
## Possession of Cocaine with Intent to Distribute
## 21 U.S.C. § 841(a)(1)

D-1 PERRY ELZELL COLEMAN
D-2 DANTE DENSELL HARRIS
D-3 DEONSAY LADOW OFFIELD

On or about June 28, 2025, in the Eastern District of Michigan, the defendants, PERRY ELZELL COLEMAN, DANTE DENSELL HARRIS, and DEONSAY LADOW OFFIELD, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was five kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

The defendant, PERRY ELZELL COLEMAN, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties

7

provided under Title 21, United States Code, Sections 841, 846, and
851.

## Count Four
### Possession of Fentanyl with Intent to Distribute
### 21 U.S.C. § 841(a)(1)

D-1 PERRY ELZELL COLEMAN
D-2 DANTE DENSELL HARRIS
D-3 DEONSAY LADOW OFFIELD

On or about June 28, 2025, in the Eastern District of Michigan,

the defendants, PERRY ELZELL COLEMAN, DANTE DENSELL

HARRIS, and DEONSAY LADOW OFFIELD, knowingly and

intentionally possessed with intent to distribute a controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was

400 grams or more of a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide,

commonly known as fentanyl, in violation of Title 21, United States

Code, Section 841(b)(1)(A)(vi).

The defendant, PERRY ELZELL COLEMAN, having a prior

conviction for a serious drug felony for which he served a term of

imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties provided under Title 21, United States Code, Sections 841, 846, and 851.

### Count Five
**Possession of a Firearm in Furtherance of a Drug-Trafficking Crime**
**18 U.S.C. § 924(c)(1)(A)**

D-2 DANTE DENSELL HARRIS
D-3 DEONSAY LADOW OFFIELD

On or about June 28, 2025, in the Eastern District of Michigan, the defendants, DANTE DENSELL HARRIS and DEONSAY LADOW OFFIELD, knowingly possessed a firearm in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possessing with intent to distribute a controlled substance, as charged in Counts Two through Four of this Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

9

### Count Six
### Distribution of Fentanyl
### 21 U.S.C. § 841(a)(1)

D-1 PERRY ELZELL COLEMAN
D-4 DOLORES MADISON-SANDERS

On or about June 4, 2025, in the Eastern District of Michigan, the defendants, PERRY ELZELL COLEMAN and DOLORES MADISON-SANDERS, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

The defendant, PERRY ELZELL COLEMAN, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released from any term of imprisonment within fifteen years of the commencement of the instant offense, is subject to increased penalties

10

provided under Title 21, United States Code, Sections 841, 846, and 851.

## Count Seven
### Distribution of Fentanyl
### 21 U.S.C. § 841(a)(1)

D-1 PERRY ELZELL COLEMAN
D-4 DOLORES MADISON-SANDERS

On or about August 7, 2025, in the Eastern District of Michigan, the defendants, PERRY ELZELL COLEMAN and DOLORES MADISON-SANDERS, knowingly and intentionally distributed a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the controlled substance involved was 40 grams of more a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(C).

The defendant, PERRY ELZELL COLEMAN, having a prior conviction for a serious drug felony for which he served a term of imprisonment of more than twelve months, and having been released

from any term of imprisonment within fifteen years of the

commencement of the instant offense, is subject to increased penalties

provided under Title 21, United States Code, Sections 841, 846, and

851.

## Forfeiture Allegations
## 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegations contained in Counts One through Seven of this

Indictment are hereby realleged and incorporated by reference for the

purpose of alleging forfeiture pursuant to Title 21, United States Code,

Section 853, and Title 18, United States Code, Section 924(d) together

with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count Five of this

Indictment, in violation of Title 18, United States Code, Section 924(c),

defendants DANTE DENSELL HARRIS and DEONSAY LADOW

OFFIELD, shall forfeit to the United States of America, any firearm or

ammunition involved in said offense, pursuant to Title 18, United

States Code, Section 924(d)(1) together with Title 28, United States

Code, Section 2461.

12

Upon conviction of offenses charged in Counts One through Four,

Six, and Seven of this Indictment, in violation of Title 21, United States

Code, Sections 841 and 846, defendants shall forfeit to the United

States of America any property constituting, or derived from, any

proceeds obtained, directly or indirectly, as the result of such offenses

and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of, the offenses.

As part of the forfeiture in this case, the United States intends to

seek entry of a forfeiture money judgment.

If any of the property described above, as a result of any act or

omission of the defendants:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third
>    party;
>
> c. has been placed beyond the jurisdiction of the court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be
>    divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**This is a True Bill.**

███████████████

Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Drug Task Force Unit

/s/ Margaret Smith
Margaret M. Smith
Assistant United States Attorney

/s/ Sarah Youngblood
Sarah Youngblood
Assistant United States Attorney

Dated: September 17, 2025

14

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov |
|---|---|

Case: 2:25-cr-20690
Judge: Leitman, Matthew F.
MJ: Patti, Anthony P.
Filed: 09-17-2025 At 12:20 PM
USA V SEALED MATTER (LG)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials:   /MS |

**Case Title:** USA v.  Perry Coleman et al.

**County where offense occurred :**  Wayne and elsewhere

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

✓ Indictment/_____ Information --- no prior complaint.
_____ Indictment/_____ Information --- based upon prior complaint [Case number:                    ]
_____ Indictment/_____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 17, 2025
Date

s/Margaret Smith

Margaret Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9100
Fax:
E-Mail address: Margaret.Smith@usdoj.gov
Attorney Bar #: P71413

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

| | AUSA: | Margaret Smith | Telephone: | (313) 226-9100 |
| | Special Agent: | Nicholas Daly | Telephone: | (313) 234-4000 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Deonsay Offield

**25-20690**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Deonsay Offield
,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §§ 841(a)(1), 846 Possession with intent to distribute controlled substances and Conspiracy.
18 U.S.C. § 924(c)(1)(A) Possession of a firearm in furtherance of a drug-trafficking crime.

Date:   SEP 1 7 2025

_____
*Issuing officer's signature*

LOLITA GRANGER   DEPUTY CLERK
*Printed name and title*

City and state:  Detroit, MI

| Return |
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____ | _____ |
| | *Arresting officer's signature* |
| | _____ |
| | *Printed name and title* |

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Deonsay Offield

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                   Weight:

Sex:                                                       Race:

Hair:                                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:
DEA, 431 Howard St, Detroit, MI 48226

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: